FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY LEE ADAMS,<br><br>    Petitioner,<br><br>  v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | No.  CV 08-1451-R(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 8, 2008

_____
Manuel Real
United States District Judge